Honorable James C. Fox
United States District Court
Post Office Box 2143
Wilmington, NC 28402-2143

July 24, 2006

RECEIVED
2006 AUG -2 A 10: 58
FINANCIAL
DISCLOSURE OFFICE

Honorable Otrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Re: Your letter dated July 14, 2006; Subject: Calendar Year 2005 Filing

Dear Judge Smith:

In response to your above referenced letter, I am providing an amended return of my Calendar Year 2005 Filing Report. I believe this amended report provides all the additional information required by your letter.

I regret any inconvenience caused. Please do not hesitate to call if you have any questions or need additional information.



Sincerely

James C. Fox

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) FOX, JAMES C | 2. Court or Organization U.S. DISTRICT COURT, NC | 3. Date of Report 07/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address UNITED STATES DISTRICT COURT P.O. BOX 2143 WILMINGTON, NC 28402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST # 1 |
| 2. TRUSTEE | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

RECEIVED 2006 AUG -2 A 10: 58 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 | A | Dividend | K | T | | | | | |
| 2. -AMERICAN INTERNATIONAL GROUP INC | | | | | | | | | |
| 3. -AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 4. -MEDTRONIC COMM | | | | | | | | | |
| 5. -MICROSOFT CORP COMM | | | | | | | | | |
| 6. -PFIZER COMM | | | | | Partial Sale | 11/30 | J | | |
| 7. -WACHOVIA CORP COMM | | | | | | | | | |
| 8. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 9. IRA #1 | D | Dividend | N | T | | | | | |
| 10. -ABBOTT LABORATORIES COMM | | | | | | | | | |
| 11. -MEDTRONIC COMM | | | | | | | | | |
| 12. -AMERICAN EXPRESS COMPANY COMM | | | | | | | | | |
| 13. -TIME WARNER INC COMM (AOL TIME WARNER INC) | | | | | | | | | |
| 14. -BB&T CORP COMM | | | | | | | | | |
| 15. -CREE INC COMM | | | | | Buy | 02/24 | J | | |
| 16. | | | | | Buy | 03/17 | J | | |
| 17. | | | | | Sale | 04/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EBAY INC COMM | | | | | Buy | 05/19 | K | | |
| 19. | | | | | Sale | 07/22 | K | B | |
| 20. -DELL INC COMM (DELL COMPUTER CORP) | | | | | | | | | |
| 21. -BANK OF AMERICA (FLEETBOSTON FINANCIAL CORP) | | | | | | | | | |
| 22. -GENERAL ELECTRIC CO COMM | | | | | | | | | |
| 23. -KAYDON CORP COMM | | | | | Sale | 04/15 | J | C | |
| 24. -LILLY, ELI & CO COMM | | | | | | | | | |
| 25. -MERRILL LYNCH & CO INC COMM | | | | | | | | | |
| 26. -MICROSOFT CORP COMM | | | | | | | | | |
| 27. -PROCTER & GAMBLE CO COMM (GILLETTE CO. COMM) | | | | | Buy | 06/06 | J | | |
| 28. -GILLETTE CO. COMM MERGED WITH PROCTER & GAMBLE CO | | | | | Merger | 10/04 | | | |
| 29. -AMERIPRISE FINANCIAL | | | | | SpinOff | 10/03 | | | NOTE E |
| 30. -ROYAL DUTCH PETROLEUM CO COMM | | | | | | | | | |
| 31. -TEXAS INSTRUMENTS INC COMM | | | | | | | | | |
| 32. -THE CHUBB CORP COMM | | | | | | | | | |
| 33. -WYETH COMM | | | | | | | | | |
| 34. -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE #1 | | | | | | | | | |
| 36. -RESERVE PRIMARY FUND M/M | B | Dividend | J | T | | | | | |
| 37. -BAXTER | | None | | | Sale | 01/27 | L | | |
| 38. BROKERAGE #2 | | | | | | | | | |
| 39. -RESERVE PRIMARY FUND M/M | A | Dividend | J | T | | | | | |
| 40. -BAXTER | | None | | | Sale | 01/27 | K | | |
| 41. EATON VANCE FUND #1 (CAPITAL EXCHANGE FUND #1) | E | Dividend | O | T | | | | | |
| 42. CHESTNUT ST. EXCHANGE FUND #1 | D | Dividend | O | T | | | | | |
| 43. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #1 | D | Dividend | N | T | | | | | |
| 44. VK AMERICAN EXCHANGE FUND #1 | A | Dividend | K | T | | | | | |
| 45. EATON VANCE FUND #2 (CAPITAL EXCHANGE FUND #2) | E | Dividend | O | T | | | | | |
| 46. CHESTNUT ST EXCHANGE FUND #2 | D | Dividend | O | T | | | | | |
| 47. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #2 | D | Dividend | N | T | | | | | |
| 48. VK AMERICAN EXCHANGE FUND #2 | C | Dividend | M | T | | | | | |
| 49. GALLAHER GROUP PLC #2 COMM | B | Dividend | L | T | | | | | |
| 50. TRUST #1 | E | Dividend | O | T | | | | | NOTE A |
| 51. -DUPONT COMM | | | | | Partial Sale | 04/27 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GENERAL ELECTRIC CO COMM | | | | | Partial Sale | 01/12 | J | D | |
| 53. -CREE INC COMM | | | | | Buy | 03/16 | J | | |
| 54. -3M CO COMM | | | | | Buy | 04/27 | J | | |
| 55. - ALLTEL CORP | | | | | Buy | 10/07 | J | | |
| 56. -DELL INC COM | | | | | Buy | 10/07 | J | | |
| 57. -DIAGEO PLC | | | | | Buy | 10/07 | J | | |
| 58. -QUALCOMM INC | | | | | Buy | 10/07 | J | | |
| 59. -LUCENT TECHNOLOGIES | | | | | Buy | 01/31 | J | | |
| 60. | | | | | Sale | 10/04 | J | A | |
| 61. -PEREGRINE SYSTEMS INC | | | | | Buy | 09/09 | J | | |
| 62. | | | | | Sale | 10/07 | J | A | |
| 63. | | | | | Sale | 12/15 | J | A | |
| 64. -TYCO INTL COMM | | | | | | | | | |
| 65. -COCA-COLA CO COMM | | | | | Partial Sale | 04/27 | J | | |
| 66. -CVS CORP COMM | | | | | Split | 06/07 | | | |
| 67. -PROCTER & GAMBLE CO COMM | | | | | | | | | |
| 68. -WAL-MART STORES INC COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -LOWES CO COMM | | | | | | | | | |
| 70. -PHARMACEUTICAL PROD DEV COMM | | | | | | | | | |
| 71. -TARGET CORP COMM | | | | | | | | | |
| 72. -CISCO SYSTEMS INC COMM | | | | | | | | | |
| 73. -HEWLETT PACKARD CO COMM | | | | | | | | | |
| 74. -INTEL CORP COMM | | | | | | | | | |
| 75. -IBM CORP COMM | | | | | Sale | 10/04 | J | | |
| 76. -MICROSOFT CORP COMM | | | | | | | | | |
| 77. -ORACLE CORP COMM | | | | | | | | | |
| 78. -WYETH COMM | | | | | | | | | |
| 79. -BRISTOL-MYERS SQUIBB CO COMM | | | | | | | | | |
| 80. -PFIZER INC COMM | | | | | Partial Sale | 03/16 | K | C | |
| 81. -ABBOTT LABS COM | | | | | | | | | |
| 82. -MEDTRONIC INC COM | | | | | | | | | |
| 83. -FIFTH THIRD BANCORP COM | | | | | Sale | 10/04 | J | | |
| 84. -US BANCORP DEL COM NEW | | | | | | | | | |
| 85. -ZIMMER HOLDINGS INC COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FPL GROUP INC COMM | | | | | Split | 03/16 | | | |
| 87. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 88. -SBC COMMUNICATIONS INC COMM (AT&T Inc) | | | | | Partial Sale | 10/04 | J | A | |
| 89. | | | | | Merger | 11/21 | | | |
| 90. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 91. -BANK AMERICA COMM | | | | | | | | | |
| 92. -CITIGROUP INC COMM | | | | | | | | | |
| 93. -HARTFORD FINANCIAL SERVICES GROUP COMM | | | | | | | | | |
| 94. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 95. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 96. TRUST #2 | E | Dividend | O | T | | | | | NOTE B |
| 97. -GENERAL ELECTRIC COMM | | | | | | | | | |
| 98. -TYCO INTL COMM | | | | | | | | | |
| 99. -UNITED TECHNOLOGIES CORP COMM | | | | | Split | 06/13 | | | |
| 100. -COCA-COLA CO COMM | | | | | Sale | 04/27 | J | A | |
| 101. | | | | | Sale | 10/04 | J | A | |
| 102. -ALTRIA GROUP INC COMM (PHILIP MORRIS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -CARNIVAL CORP COMM | | | | | | | | | |
| 104. -LOWES COMM | | | | | | | | | |
| 105. -TARGET CORP COMM | | | | | | | | | |
| 106. -CISCO SYS COMM | | | | | | | | | |
| 107. -HEWLETT PACKARD COMM | | | | | | | | | |
| 108. -INTEL CORP COMM | | | | | | | | | |
| 109. -IBM CORP COMM | | | | | Partial Sale | 10/04 | J | | |
| 110. -PROCTER & GAMBLE | | | | | Buy | 04/27 | J | | |
| 111. -3M CO COMM | | | | | Buy | 04/27 | J | | |
| 112. -ALLTEL CORP COMM | | | | | Buy | 10/07 | J | | |
| 113. -DIAGO PLC | | | | | Buy | 10/07 | J | | |
| 114. -QUALCOMM INC COMM | | | | | Buy | 10/07 | J | | |
| 115. -LUCENT TECHNOLOGIES | | | | | Buy | 01/31 | J | | |
| 116. | | | | | Sale | 10/04 | J | A | |
| 117. -MICROSOFT CORP COMM | | | | | | | | | |
| 118. -ORACLE CORP COMM | | | | | | | | | |
| 119. -AMGEN INC COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ABBOTT LABS COM | | | | | | | | | |
| 121. -MEDTRONIC INC. COM | | | | | | | | | |
| 122. -JOHNSON & JOHNSON COMM | | | | | | | | | |
| 123. -PFIZER INC COMM | | | | | Partial Sale | 03/16 | J | | |
| 124. -WYETH COMM | | | | | | | | | |
| 125. -ZIMMER HOLDINGS INC COMM | | | | | | | | | |
| 126. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 127. -FPL GROUP INC COMM | | | | | Split | 03/16 | | | |
| 128. -BELLSOUTH CORP COMM | | | | | Sale | 10/04 | J | A | |
| 129. -DELL INC COM | | | | | Buy | 10/07 | J | | |
| 130. -SBC COMMUNICATIONS COMM (AT&T INC) | | | | | Partial Sale | 10/04 | J | A | |
| 131. | | | | | Merger | 11/21 | | | |
| 132. -AMERICAN INTL GROUP COMM | | | | | | | | | |
| 133. -BANK AMERICA CORP COMM | | | | | | | | | |
| 134. -HARTFORD FINANCIAL SERVICES GROUP INC COMM | | | | | | | | | |
| 135. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 136. -WACHOVIA CORP COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 138. FOUNDATION #1 | E | Dividend | O | T | | | | | NOTE C |
| 139. -WYETH COMM | | | | | Partial Sale | 04/04 | K | E | |
| 140. -BB&T CORP COMM | | | | | Partial Sale | 04/04 | J | C | |
| 141. -BP AMOCO COMM | | | | | | | | | |
| 142. -DUKE ENERGY CORP COMM | | | | | | | | | |
| 143. -LILLY, ELI & CO COMM | | | | | | | | | |
| 144. -NUVEEN PREF & CONV INCOME MF | | | | | Partial Sale | 12/15 | J | | |
| 145. -PIEDMONT NATUARAL GAS COMM | | | | | | | | | |
| 146. -STURM RUGER & CO COMM | | | | | Sale | 04/04 | J | | |
| 147. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 148. -WACHOVIA CORP COMM | | | | | | | | | |
| 149. -AMERIVEST PPTYS INC DEL COMM | | | | | Sale | 12/15 | J | | |
| 150. -AMOCO CANADA BOND 02/15/05 | | | | | Redemption | 02/15 | J | A | |
| 151. -BALTIMORE GAS & ELEC CO BOND | | | | | | | | | |
| 152. -BLOCK FINANCIAL CORP BOND 04/15/07 | | | | | | | | | |
| 153. -UNION TANK CORP BOND 06/01/09 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | If not exempt from disclosure | | | | |
| 154. -CONSOLIDATED EDISON BOND 05/01/10 | | | | | | | | | |
| 155. -FORD MOTOR CREDIT CORP NOTE 10/28/09 | | | | | | | | | |
| 156. -VERIZON MARYLAND BOND | | | | | | , | | | |
| 157. -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE A - Under the distributive provisions of the Trust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, a trustee being James C. Fox, may be distributed in whole or part to members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Trust # 2 (with James C. Fox as a co-trustee), the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The class of potential distributees may be increased by the ▇▇▇ of additional members and by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more of such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox has a testamentary limited power of appointment in regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated exclusively for charitable, religious, scientific and educational purposes. The assets of the trust approximated $612,800 at December 31, 2005.

NOTE D - Abbreviations used in the description of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

NOTE E - Ameriprise Financial resulted from a spinoff of American Express.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_\_ 7/25/06 \_\_\_

NOTE: ANY INDIV ...... .FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL S.

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOX, JAMES C | U.S. DISTRICT COURT, NC | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT <br> P.O. BOX 2143 <br> WILMINGTON, NC 28402 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST # 1 |
| 2. TRUSTEE | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 P 12: 08 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ 0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 | A | Dividend | K | T | | | | | |
| 2. -AMERICAN INTERNATIONAL GROUP INC | | | | | | | | | |
| 3. -AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 4. -MEDTRONIC COMM | | | | | | | | | |
| 5. -MICROSOFT CORP COMM | | | | | | | | | |
| 6. -PFIZER COMM | | | | | Partial Sale | 11/30 | J | | |
| 7. -WACHOVIA CORP COMM | | | | | | | | | |
| 8. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 9. IRA #1 | D | Dividend | N | T | | | | | |
| 10. -ABBOTT LABORATORIES COMM | | | | | | | | | |
| 11. -MEDTRONIC COMM | | | | | | | | | |
| 12. -AMERICAN EXPRESS COMPANY COMM | | | | | | | | | |
| 13. -TIME WARNER INC COMM (AOL TIME WARNER INC) | | | | | | | | | |
| 14. -BB&T CORP COMM | | | | | | | | | |
| 15. -CREE INC COMM | | | | | Buy | 02/24 | J | | |
| 16. | | | | | Buy | 03/17 | J | | |
| 17. | | | | | Sale | 04/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EBAY INC COMM | | | | | Buy | 05/19 | K | | |
| 19. | | | | | Sale | 07/22 | K | B | |
| 20. -DELL INC COMM (DELL COMPUTER CORP) | | | | | | | | | |
| 21. -BANK OF AMERICA (FLEETBOSTON FINANCIAL CORP) | | | | | | | | | |
| 22. -GENERAL ELECTRIC CO COMM | | | | | | | | | |
| 23. -KAYDON CORP COMM | | | | | Sale | 04/15 | J | C | |
| 24. -LILLY, ELI & CO COMM | | | | | | | | | |
| 25. -MERRILL LYNCH & CO INC COMM | | | | | | | | | |
| 26. -MICROSOFT CORP COMM | | | | | | | | | |
| 27. -PROCTER & GAMBLE CO COMM (GILLETTE CO.) | | | | | Buy | 06/06 | J | | |
| 28. | | | | | Merger | 10/04 | | | |
| 29. -AMERIPRISE FINANCIAL | | | | | SpinOff | 10/03 | | | |
| 30. -ROYAL DUTCH PETROLEUM CO COMM | | | | | | | | | |
| 31. -TEXAS INSTRUMENTS INC COMM | | | | | | | | | |
| 32. -THE CHUBB CORP COMM | | | | | | | | | |
| 33. -WYETH COMM | | | | | | | | | |
| 34. -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE #1 | | | | | | | | | |
| 36. -RESERVE PRIMARY FUND M/M | B | Dividend | J | T | | | | | |
| 37. -BAXTER | | | | | Sale | 01/27 | L | | |
| 38. BROKERAGE #2 | | | | | | | | | |
| 39. -RESERVE PRIMARY FUND M/M | A | Dividend | J | T | | | | | |
| 40. -BAXTER | | | | | Sale | 01/27 | K | | |
| 41. EATON VANCE FUND #1 (CAPITAL EXCHANGE FUND #1) | E | Dividend | O | T | | | | | |
| 42. CHESTNUT ST. EXCHANGE FUND #1 | D | Dividend | O | T | | | | | |
| 43. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #1 | D | Dividend | N | T | | | | | |
| 44. VK AMERICAN EXCHANGE FUND #1 | A | Dividend | K | T | | | | | |
| 45. EATON VANCE FUND #2 (CAPITAL EXCHANGE FUND #2) | E | Dividend | O | T | | | | | |
| 46. CHESTNUT ST EXCHANGE FUND #2 | D | Dividend | O | T | | | | | |
| 47. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #2 | D | Dividend | N | T | | | | | |
| 48. VK AMERICAN EXCHANGE FUND #2 | C | Dividend | M | T | | | | | |
| 49. GALLAHER GROUP PLC #2 COMM | B | Dividend | L | T | | | | | |
| 50. TRUST #1 | E | Dividend | O | T | | | | | NOTE A |
| 51. -DUPONT COMM | | | | | Partial Sale | 04/27 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GENERAL ELECTRIC CO COMM | | | | | Partial Sale | 01/12 | J | D | |
| 53. -CREE INC COMM | | | | | Buy | 03/16 | J | | |
| 54. -3M CO COMM | | | | | Buy | 04/27 | J | | |
| 55. - ALLTEL CORP | | | | | Buy | 10/07 | J | | |
| 56. -DELL INC COM | | | | | Buy | 10/07 | J | | |
| 57. -DIAGEO PLC | | | | | Buy | 10/07 | J | | |
| 58. -QUALCOMM INC | | | | | Buy | 10/07 | J | | |
| 59. -LUCENT TECHNOLOGIES | | | | | Buy | 01/31 | J | | |
| 60. | | | | | Sale | 10/04 | J | A | |
| 61. -PEREGRINE SYSTEMS INC | | | | | Buy | 09/09 | J | | |
| 62. | | | | | Sale | 10/07 | J | A | |
| 63. | | | | | Sale | 12/15 | J | A | |
| 64. -TYCO INTL COMM | | | | | | | | | |
| 65. -COCA-COLA CO COMM | | | | | Partial Sale | 04/27 | J | | |
| 66. -CVS CORP COMM | | | | | Split | 06/07 | | | |
| 67. -PROCTER & GAMBLE CO COMM | | | | | | | | | |
| 68. -WAL-MART STORES INC COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -LOWES CO COMM | | | | | | | | | |
| 70. -PHARMACEUTICAL PROD DEV COMM | | | | | | | | | |
| 71. -TARGET CORP COMM | | | | | | | | | |
| 72. -CISCO SYSTEMS INC COMM | | | | | | | | | |
| 73. -HEWLETT PACKARD CO COMM | | | | | | | | | |
| 74. -INTEL CORP COMM | | | | | | | | | |
| 75. -IBM CORP COMM | | | | | Sale | 10/04 | J | | |
| 76. -MICROSOFT CORP COMM | | | | | | | | | |
| 77. -ORACLE CORP COMM | | | | | | | | | |
| 78. -WYETH COMM | | | | | | | | | |
| 79. -BRISTOL-MYERS SQUIBB CO COMM | | | | | | | | | |
| 80. -PFIZER INC COMM | | | | | Partial Sale | 03/16 | K | C | |
| 81. -ABBOTT LABS COM | | | | | | | | | |
| 82. -MEDTRONIC INC COM | | | | | | | | | |
| 83. -FIFTH THIRD BANCORP COM | | | | | Sale | 10/04 | J | | |
| 84. -US BANCORP DEL COM NEW | | | | | | | | | |
| 85. -ZIMMER HOLDINGS INC COMM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FPL GROUP INC COMM | | | | | Split | 03/16 | | | |
| 87. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 88. -SBC COMMUNICATIONS INC COMM (AT&T Inc) | | | | | Partial Sale | 10/04 | J | A | |
| 89. | | | | | Merger | 11/21 | | | |
| 90. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 91. -BANK AMERICA COMM | | | | | | | | | |
| 92. -CITIGROUP INC COMM | | | | | | | | | |
| 93. -HARTFORD FINANCIAL SERVICES GROUP COMM | | | | | | | | | |
| 94. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 95. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 96. TRUST #2 | E | Dividend | O | T | | | | | NOTE B |
| 97. -GENERAL ELECTRIC COMM | | | | | | | | | |
| 98. -TYCO INTL COMM | | | | | | | | | |
| 99. -UNITED TECHNOLOGIES CORP COMM | | | | | Split | 06/13 | | | |
| 100. -COCA-COLA CO COMM | | | | | Sale | 04/27 | J | A | |
| 101. | | | | | Sale | 10/04 | J | A | |
| 102. -ALTRIA GROUP INC COMM (PHILIP MORRIS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "  " after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (X)" (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CARNIVAL CORP COMM | | | | | | | | | |
| 104. -LOWES COMM | | | | | | | | | |
| 105. -TARGET CORP COMM | | | | | | | | | |
| 106. -CISCO SYS COMM | | | | | | | | | |
| 107. -HEWLETT PACKARD COMM | | | | | | | | | |
| 108. -INTEL CORP COMM | | | | | | | | | |
| 109. -IBM CORP COMM | | | | | Partial Sale | 10/04 | J | | |
| 110. -PROCTER & GAMBLE | | | | | Buy | 04/27 | J | | |
| 111. -3M CO COMM | | | | | Buy | 04/27 | J | | |
| 112. -ALLTEL CORP COMM | | | | | Buy | 10/07 | J | | |
| 113. -DIAGO PLC | | | | | Buy | 10/07 | J | | |
| 114. -QUALCOMM INC COMM | | | | | Buy | 10/07 | J | | |
| 115. -LUCENT TECHNOLOGIES | | | | | Buy | 01/31 | J | | |
| 116. | | | | | Sale | 10/04 | J | A | |
| 117. -MICROSOFT CORP COMM | | | | | | | | | |
| 118. -ORACLE CORP COMM | | | | | | | | | |
| 119. -AMGEN INC COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ABBOTT LABS COM | | | | | | | | | |
| 121. -MEDTRONIC INC. COM | | | | | | | | | |
| 122. -JOHNSON & JOHNSON COMM | | | | | | | | | |
| 123. -PFIZER INC COMM | | | | | Partial Sale | 03/16 | J | | |
| 124. -WYETH COMM | | | | | | | | | |
| 125. -ZIMMER HOLDINGS INC COMM | | | | | | | | | |
| 126. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 127. -FPL GROUP INC COMM | | | | | Split | 03/16 | | | |
| 128. -BELLSOUTH CORP COMM | | | | | Sale | 10/04 | J | A | |
| 129. -DELL INC COM | | | | | Buy | 10/07 | J | | |
| 130. -SBC COMMUNICATIONS COMM (AT&T INC) | | | | | Partial Sale | 10/04 | J | A | |
| 131. | | | | | Merger | 11/21 | | | |
| 132. -AMERICAN INTL GROUP COMM | | | | | | | | | |
| 133. -BANK AMERICA CORP COMM | | | | | | | | | |
| 134. -HARTFORD FINANCIAL SERVICES GROUP INC COMM | | | | | | | | | |
| 135. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 136. -WACHOVIA CORP COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 138. FOUNDATION #1 | E | Dividend | O | T | | | | | NOTE C |
| 139. -WYETH COMM | | | | | Partial Sale | 04/04 | K | E | |
| 140. -BB&T CORP COMM | | | | | Partial Sale | 04/04 | J | C | |
| 141. -BP AMOCO COMM | | | | | | | | | |
| 142. -DUKE ENERGY CORP COMM | | | | | | | | | |
| 143. -LILLY, ELI & CO COMM | | | | | | | | | |
| 144. -NUVEEN PREF & CONV INCOME MF | | | | | Partial Sale | 12/15 | J | | |
| 145. -PIEDMONT NATUARAL GAS COMM | | | | | | | | | |
| 146. -STURM RUGER & CO COMM | | | | | Sale | 04/04 | J | | |
| 147. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 148. -WACHOVIA CORP COMM | | | | | | | | | |
| 149. -AMERIVEST PPTYS INC DEL COMM | | | | | Sale | 12/15 | J | | |
| 150. -AMOCO CANADA BOND 02/15/05 | | | | | Redemption | 02/15 | J | A | |
| 151. -BALTIMORE GAS & ELEC CO BOND | | | | | | | | | |
| 152. -BLOCK FINANCIAL CORP BOND 04/15/07 | | | | | | | | | |
| 153. -UNION TANK CORP BOND 06/01/09 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CONSOLIDATED EDISON BOND 05/01/10 | | | | | | | | | |
| 155. -FORD MOTOR CREDIT CORP NOTE 10/28/09 | | | | | | | | | |
| 156. -VERIZON MARYLAND BOND | | | | | | | | | |
| 157. -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 Pl =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FOX, JAMES C | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE A - Under the distributive provisions of the Trust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, a trustee being James C. Fox, may be distributed in whole or part to members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of the Trust # 2 (with James C. Fox as a co-trustee), the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The class of potential distributees may be increased by the ▇▇▇ of additional members and by ▇▇▇▇▇▇▇▇▇▇▇ The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more of such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox has a testamentary limited power of appointment in regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated exclusively for charitable, religious, scientific and educational purposes. The assets of the trust approximated $612,800 at December 31, 2005.

NOTE D - Abbreviations used in the description of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544